29 So.2d 892
**J. A. BONNER v. Luther L. MITCHELL et al.**
**7 Div. 883.**

Court of Appeals of Alabama.
Jan. 7, 1947.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

33 So.2d 274
**J. W., alias Bud, BOSWELL v. STATE.**
**5 Div. 233.**

Court of Appeals of Alabama.
Nov. 25, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 31
**George BOULOUKOS v. STATE.**
**6 Div. 469.**

Court of Appeals of Alabama.
Jan. 13, 1948.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

29 So.2d 893
**Acton BOWEN v. STATE.**
**7 Div. 862.**

Court of Appeals of Alabama.
Nov. 5, 1946.

John R. Robinson, of Gadsden, for appellant.
Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

32 So.2d 174
**Oliver BRIDGEFORTH v. STATE.**
**8 Div. 589.**

Court of Appeals of Alabama.
May 27, 1947.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

34 So.2d 867
**Walter BRITNELL v. STATE.**
**8 Div. 644.**

Court of Appeals of Alabama.
Feb. 10, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.